AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Sluicebox, Inc. | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.:  26-cv-00651-DAE |
| | ) | |
| Emi Ayada | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Defendant Emi Ayada


Date:  _____June 24, 2026_____           _____/s/ Darren McCarty_____
                                                                            *Attorney's signature*

                                                              Darren McCarty   Tex. Bar #24007631
                                                              *Printed name and bar number*

                                                                     McCarty Law PLLC
                                                                     316 West 12th Street
                                                                     Suite 400
                                                                     Austin, TX 78701
                                                                            *Address*

                                                              darren@mccartylawpllc.com
                                                                     *E-mail address*

                                                                     (512) 827-2902
                                                                     *Telephone number*

## Certificate of Service

I certify that on this 24th day of June 2026, I electronically filed the foregoing Notice of Appearance of Counsel for Emi Ayada with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have appeared in this case using the Court's CM/ECF system as a filing user.


*/s/ Darren McCarty*